No. 74. UPDIKE GRAIN CORP. *v.* MEGAN, TRUSTEE. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. July 29, 1938. Dismissed per stipulation pursuant to Rule 35. *Mr. Alfred G. Ellick* for petitioner. *Messrs. William T. Faricy* and *Wymer Dressler* for respondent.

No. 258. MORGANSTEIN *v.* UNITED STATES. Petition for writ of certiorari to the Court of Appeals for the District of Columbia. September 19, 1938. Dismissed per stipulation pursuant to Rule 35. *Mr. Josiah Lyman* for petitioner. No appearance for the United States.

No. 27. TENNESSEE ELECTRIC POWER CO. ET AL. *v.* TENNESSEE VALLEY AUTHORITY ET AL. Appeal from the District Court of the United States for the Eastern District of Tennessee. October 3, 1938. Appeal dismissed as to appellants Tennessee Public Service Co. and Holston River Electric Co., on motion and stipulation signed by counsel for all appellants and the Government. *Messrs. R. T. Jackson, Charles C. Trabue,* and *Charles M. Seymour* for appellants. *Solicitor General Jackson,* and *Messrs. James Lawrence Fly, John Lord O'Brian, Paul A. Freund,* and *William C. Fitts, Jr.,* and *Bessie Margolin* for appellees.

No. 85. HAYWOOD-WAKEFIELD CO. *v.* SMALL ET AL. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit. October 3, 1938. Dismissed